

Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

APR 2 2 2008

CLERK U.S. DISTRICT COURT
W. DIST. OF PENNSYLVANIA

U.S.A. vs. Thomas Wesley Hazlett             Docket No. 03-00017-001 Erie

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Thomas Wesley Hazlett, who was placed on supervision by the Honorable Sean J. McLaughlin, sitting in the Court at Erie, Pennsylvania, on the 20th day of November 2003, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall not illegally possess a controlled substance.
- Shall not possess a firearm or destructive device.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost. The defendant shall submit to one drug urinalysis within 15 days after being placed on probation and at least two periodic tests thereafter.
- The defendant shall pay any remaining restitution through monthly installments of not less than 10 percent of his monthly gross income.
- The defendant shall provide the probation officer with access to any requested financial information.
- The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the restitution payment schedule.
- The defendant shall make restitution in the total amount of $100.
- The defendant shall pay to the United States a special assessment of $100.

<u>11-20-03</u>:   Manufacturing Counterfeit United States Obligations; Sentenced to 27 months' incarceration to be followed by 3 years' supervised release.
<u>01-06-06</u>:   Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the probationer has violated the following condition:

**The defendant shall not commit another federal, state, or local crime.**

U.S.A. vs. Thomas Wesley Hazlett
Docket No. 03-00017-001 Erie
Page 2

On March 20, 2008, the defendant was sentenced in the Venango County Court of Common Pleas, Docket No. 484 of 2007, at Count 1, Possession With Intent to Use Drug Paraphernalia, and he received 12 months' probation to run consecutive to the incarceration imposed. At Count 2, Possession of a Small Amount of Marijuana, he received 15 to 30 days' incarceration and a $150 fine. On the same date, he was also sentenced in the same court, Docket No. 480 of 2007, for Possession of a Controlled Substance (Cocaine), and he received 5 to 12 months' incarceration consecutive to Docket No. 484 of 2007. As of this date, the defendant is still incarcerated.

**The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.**

On February 28, 2006; August 15, 2006; April 6, 12, and 24, 2007; December 4, 2007; and January 2, 2008, the defendant failed to report for scheduled office appointments.

On December 4, 2007, the defendant's mother, Joyce McVey, called this officer and reported that the defendant had admitted himself to the UPMC hospital in Cranberry, Pennsylvania, when he, in fact, did not. The defendant was scheduled to attend an office visit with this officer on that date. On December 17, 2007, this officer discovered that the defendant had not admitted himself into the hospital.

On January 14, 2007, this officer left a phone message with the defendant's mother, Joyce McVey, to leave a message for the defendant to be present for a home visit on January 18, 2008. The defendant was not present when this officer arrived. Joyce McVey stated that the defendant did know of the scheduled appointment.

**Shall not illegally possess a controlled substance.**

**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**

Urine samples submitted by the defendant on February 8 and 22, 2006, tested positive for marijuana and cocaine. A urine sample submitted on May 3, 2006, tested positive for cocaine. A urine sample submitted on May 22, 2007, tested positive for marijuana. Another urine sample submitted on November 29, 2007, tested positive for cocaine. On January 4, 2008, the defendant admitted to this officer that he had been using cocaine.

**The defendant shall notify the probation officer within seven-two hours of being arrested or questioned by a law enforcement officer.**

On March 30, 2007, this officer received an automated criminal arrest notice that the defendant was arrested by the Sharon Police Department on March 23, 2007, for Possession of a Controlled Substance and Drug Paraphernalia. The defendant failed to inform this officer that he had been arrested by law enforcement.

U.S.A. vs. Thomas Wesley Hazlett
Docket No. 03-00017-001 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom B, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on May 8, 2008 at 10 am to show cause why supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered 23rd day of April, 2008 and ordered filed and a part of the records in the above case.

_____
U.S. District Judge

Executed on April 17, 2008

_____
Matthew L. Rea
U.S. Probation Officer

_____
Stephen A. Lowers
Supervising U.S. Probation Officer

Place:   Erie, PA