IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
        v.                    ) Criminal No. 03-17 Erie
                              )
THOMAS WESLEY HAZLETT         )

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

AND NOW, this 24th day of April, 2008, the Court, having received a Financial Affidavit completed under the penalty of perjury by the above-named individual; the Court being satisfied that the above named individual is financially unable to obtain counsel and said individual not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania 16501, telephone number (814) 455-8089, is hereby appointed to represent the defendant in all matters pertaining to this probation revocation action.

    PRIMARY COUNSEL:    Thomas W. Patton
                        Assistant Federal Public Defender
                        PA State ID #88653


                        _____
                        SEAN J. McLAUGHLIN
                        United States District Judge