# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States )
)
)
vs. ) No. CR 03-17E
Thomas Wesley Hazlett )
)
Defendant )

HEARING ON Show cause

Before Judge Sean J McLaughlin

Date May 8, 2008

Marshall Piccinini AUSA       Thomas Patton, AFPD

_____       _____
Appear for Government         Appear for Defendant

Hearing begun 10 am           Hearing adjourned to 10:05 am

Hearing concluded C.A.V. ____ Stenographer R Bench

                              Clerk M Kruger

### WITNESSES:

For Government                For Defendant

Δ's S.R. Revoked
Δ Sentenced to 3 mths consecutive to
Venango County Court 480-2007  33 mths SR
Same conditions as original Judgment. Report
to Renewal in Pittsburgh 6 mths.
J & C to follow